DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

ARCADIA, INC., d/b/a ARCADIA CUSTOM f/k/a
ARCADIA CUSTOM WINDOWS AND
DOOR SOLUTIONS,
Appellant,

v.

ALTAVILLA ENTERPRISES, INC., and
COASTAL WINDOWS & DOORS, LLC,
Appellees.

No. 4D2023-2072

[February 8, 2024]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 502022CA011818.

Amy S. L. Terwilleger of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for appellant.

Bryan W. Black, Jacquelyn Roys Clifton, and Shirley Jean McEachern of Derrevere Stevens Black & Cozad, West Palm Beach, for appellee Coastal Windows & Doors, LLC.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***